THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD
R. ROGERS, Appellant, *v.* MARK GRAVES et al., Consti-
tuting the State Tax Commission of the State of New
York, Respondents.

(Argued April 13, 1936; decided April 28, 1936.)

*Richard Reid Rogers*, in person, for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* and *Henry Epstein* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.